**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                          Case No. 12 B 32869

      Danette M Blocker

          Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/20/2012.

2) The plan was confirmed on 11/15/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Converted on 06/27/2013.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,545.00 |  |
| Less amount refunded to debtor | $0.00 |  |
| **NET RECEIPTS:** |  | **$1,545.00** |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,478.57 |  |
| Court Costs | $0.00 |  |
| Trustee Expenses & Compensation | $66.43 |  |
| Other | $0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION:** |  | **$1,545.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |  |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 71st And Jeffrey Loans | Unsecured | 225.31 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| American Financial Credit | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,033.00 | 891.66 | 891.66 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | NA | 15,060.16 | 15,060.16 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 2,005.00 | NA | NA | 0.00 | 0.00 |
| Auto Portfolio Services Inc | Unsecured | 15,226.00 | NA | NA | 0.00 | 0.00 |
| Balaban Furniture Ltd | Unsecured | 854.00 | NA | NA | 0.00 | 0.00 |
| Cascade Capital LLC | Unsecured | NA | 1,399.45 | 1,399.45 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,500.00 | 3,265.20 | 3,265.20 | 0.00 | 0.00 |
| Collect Systems | Unsecured | 2,775.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 0.00 | 120.63 | 120.63 | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 449.00 | 1,470.84 | 1,470.84 | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 4,925.00 | 5,353.68 | 5,353.68 | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 6,602.00 | 5,912.36 | 5,912.36 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| Devon Financial Services | Unsecured | 107.66 | 1,137.79 | 1,137.79 | 0.00 | 0.00 |
| Ebony Magazine | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Economy Interiors | Secured | 1,834.00 | 660.33 | 660.33 | 0.00 | 0.00 |
| Genesis Financial Services Corp | Unsecured | 0.00 | 2,271.86 | 2,271.86 | 0.00 | 0.00 |
| Green Way Financial | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 300.00 | 260.00 | 260.00 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 2,661.94 | 2,661.94 | 0.00 | 0.00 |
| Imagine Mastercard | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | NA | 556.56 | 556.56 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,000.00 | 33,881.45 | 33,881.45 | 0.00 | 0.00 |
| Jefferson Capital System | Unsecured | 0.00 | 682.00 | 682.00 | 0.00 | 0.00 |
| Jeffro Furniture Company | Secured | 2,274.02 | 2,274.02 | 2,274.02 | 0.00 | 0.00 |
| Jet Magazine | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| My Web Funds | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 201.00 | 231.10 | 231.10 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 105.00 | 105.00 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 493.75 | 493.75 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 883.00 | 883.40 | 883.40 | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 620.00 | NA | NA | 0.00 | 0.00 |
| The Money Shop | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Trinity Hospital | Unsecured | 1,040.04 | 17,778.29 | 17,778.29 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,274.02 | $0.00 | $0.00 |
| All Other Secured | $660.33 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,934.35** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $260.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$260.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$94,157.12** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $1,545.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$1,545.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/31/2013                                    By: /s/ Marilyn O. Marshall

                                                              Trustee


**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**